# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LONNIE R. SCOTT, | ) |
| Petitioner, | ) |
| -vs- | ) Case No. CIV-10-626-F |
| JANE STANDIFIRD, Warden, | ) |
| Respondent. | ) |

## ORDER

On September 29, 2010, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that respondent's motion to dismiss be granted and that petitioner's petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as untimely.

Presently before the court is petitioner's objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* of the matter. Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Argo. The court finds petitioner's objection to the Report and Recommendation to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by Magistrate Judge Doyle W. Argo on September 29, 2010 (doc. no. 17) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Respondent's Motion to Dismiss Petition for Habeas Corpus as Time Barred by the Statute of Limitations, filed July 26, 2010 (doc. no. 12), is **GRANTED**. Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus

by a Person in State Custody, filed June 15, 2010 (doc. no. 1), is dismissed as untimely under 28 U.S.C. § 2244(d)(1).

DATED November 5, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0626p002.wpd